# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Deon Jenkins,<br>*Plaintiff*<br>v.<br>South Carolina; South Carolina Probation Parole and<br>Pardon Services; Tereasa Lynn Oliver;<br>Jennifer Brice; Agent Wynonna Boyd;<br>and Agent Laquandra Sistare<br>*Defendants* | )<br>)<br>)<br>)<br>)  Civil Action No.    9:09-cv-02797-HFF |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

■ other:
This case is dismissed without prejudice. The Plaintiff shall take nothing on his Complaint filed pursuant to
Title 42 U.S.C. § 1983.                                                                                                                              .


This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

■ decided by Judge            Honorable Henry F Floyd            _____

_____

_____ .


Date:        Dec 14, 2009                                    *CLERK OF COURT*


                                                          s/ R.S. Polston
                                              _____
                                                  *Signature of Clerk or Deputy Clerk*